# UNITED STATES DISTRICT COURT
for the

HELENA DIVISION    District of MONTANA

| | |
|---|---|
| ORBAN JACKSON and RUTH JACKSON ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   CV-10-05-H-DWM |
| TRINITY UNIVERSAL INSURANCE COMPANY ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

✓ decided by Judge    Donald W. Molloy    on a motion for Summary Judgment.  Jacksons' Motion for Summary Judgment (dkt# 11) is DENIED; Trinity's Motion for Summary Judgment (doc # 16) is GRANTED.   Judgment entered in favor of Trinity Universal Insurance Company.

Date:   Sep 16, 2010

*CLERK OF COURT*

/s/ Heidi Gauthier

*Signature of Clerk or Deputy Clerk*